# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICARDO TORRES, § | |
| § | |
| Petitioner, § | |
| VS. § | CIVIL NO. 2:17-CV-00178 |
| § | |
| WARDEN FCI-THREE RIVERS, § | |
| § | |
| Respondent. § | |

## ORDER

Before the Court is the April 17, 2018, Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred. Dkt. No. 18. No party has filed objections to the M&R, and the time to file objections has passed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections; FED. R. CIV. P. 72(b)(2) (same); *see also* Dkt. No. 18 at 7 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court **ADOPTS** the M&R in its entirety. Dkt. No. 18. The Court hereby:

- **GRANTS** Respondent's November 7, 2017, motion to dismiss, Dkt. No. 16, and
- **DISMISSES** this action.

The Court will direct entry of final judgment separately.

SIGNED this 13th day of June, 2018.

_____
Hilda Tagle
Senior United States District Judge